No. 612.   BROWN *v.* COMMERCIAL NATIONAL BANK OF PEORIA, TRUSTEE, ET AL.   Sup. Ct. Ill.   Certiorari denied. *Willard L. King* for petitioner.   *Joseph Z. Sudow* for respondents.

No. 614.   WICK *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *Jerome J. Duff* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 376.   AMALGAMATED TRANSIT UNION, LOCAL DIVISION 1309, ET AL. *v.* SAN DIEGO TRANSIT CORP.   C. A. 9th Cir.   Motion to dispense with printing petition granted.   Certiorari denied.   *Jerry J. Williams* for petitioners.

No. 569.   NEW MEXICO STATE GAME COMMISSION *v.* HICKEL, SECRETARY OF THE INTERIOR, ET AL.   C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *James A. Maloney,* Attorney General of New Mexico, and *James E. Sperling, George T. Harris, Jr.,* and *Peter J. Broullire III,* Special Assistant Attorneys General, for petitioner.   *Solicitor General Griswold, Assistant Attorney General Kashiwa, S. Billingsley Hill,* and *Jacques B. Gelin* for respondents.   Briefs of *amici curiae* in support of the petition were filed by: *Robert L. Woodahl,* Attorney General, for Fish and Game Commission of Montana; *Duke W. Dunbar,* Attorney General, *John P. Moore,* Deputy Attorney General, and *Gerald W. Wischmeyer,* Assistant Attorney General, for the State of Colorado; and *Martin L. Friedman* for International Association of Game, Fish and Conservation Commissioners.